UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROY and MARGARET BLANCHARD,                    CIVIL ACTION
ET AL.

VERSUS                                         NO: 05-4198; c/w
                                               06-7147, 06-8645

SUNDOWN ENERGY LP, ET AL.                      SECTION: "J" (3)


**ORDER AND REASONS**

Before the Court is **Plaintiff's Motion for the District Court to Review and Reverse the Honorable Magistrate Judge Knowles July 18, 2007 Order Granting Defendant's Motion to Compel More Complete Responses (Rec. Doc. 93)**.  This motion, which was opposed, is set for hearing on August 22, 2007, without oral argument.  Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that Plaintiff's motion should be denied.  Specifically, the Court finds that the magistrate judge's order is neither clearly erroneous nor contrary to law.  See Fed. R. Civ. P. 72(a). Accordingly,

     **IT IS ORDERED** that **Plaintiff's Motion for the District Court**

**to Review and Reverse the Honorable Magistrate Judge Knowles July 18, 2007 Order Granting Defendant's Motion to Compel More Complete Responses (Rec. Doc. 93)** should be and hereby is **DENIED**.

New Orleans, Louisiana this 16th day of August, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2